RECEIVED
NOV 23 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONNIE E. POYDRAS | DOCKET NO. 15-CV-2014; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 is hereby denied and dismissed with prejudice.

Additionally, the Court notes the copy of the report and recommendation mailed September 30, 2015 to Mr. Poydras's last known address was returned to the Clerk of Court on October 8, 2015, marked "return to sender." Thirty days have passed since October 8, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 20th day of November, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT